UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-9457 FMO (ASx) | Date | July 15, 2025 |
|---|---|---|---|
| Title | Attilio Armeni, et al. v. SN Servicing Corporation | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:** (In Chambers) Order to Show Cause Re: Sanctions or Dismissal

Pursuant to the Court's Order of January 2, 2025, the parties were required to complete a settlement conference before a private mediator no later than June 30, 2025. (See Dkt. 14, Court's Order of January 2, 2025, at 17). If the case settled, the parties were required to file a Notice of Settlement no later than 24 hours after settlement. (See id.). Otherwise, the parties were required to file a Status Report Re: Settlement no later than 48 hours after the settlement conference was complete. (See id.).

As of the filing date of this Order, neither a Notice of Settlement nor a Status Report Re: Settlement has been filed. (See, generally, Dkt.). Accordingly, IT IS ORDERED THAT, no later than **July 22, 2025**, the parties shall show cause in writing why sanctions should not be imposed for failure to comply with the Court's Order of January 2, 2025. **Failure to submit a response to this Order by the deadline set forth above may result in the imposition of sanctions and/or dismissal of this action for lack of prosecution.** See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002), cert. denied, 538 U.S. 909 (2003).

|  | 00 : 00 |
|---|---|
| | Initials of Preparer    vdr |