JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

ATTILIO ARMENI, et al.,
Plaintiffs,
v.
SN SERVICING CORPORATION,
Defendant.

Case No. CV 24-9457 FMO (ASx)

**JUDGMENT**

**IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice. The parties shall bear their own fees and costs..

Dated this 31st day of August, 2026.

/s/
Fernando M. Olguin
United States District Judge